JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MALCOLM HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE MARTINEZ, JR., et al.,<br><br>Defendants. | Case No. 5:21-cv-00099-JAK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: June 9, 2021

_____
JOHN A. KRONSTADT
United States District Judge